# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO
# U.S. MAGISTRATE JUDGE MINUTE ENTRY

(X) Preliminary Hearing - Waived
(X) Detention

| | |
|---|---|
| MAGISTRATE JUDGE: Ronald E. Bush | DATE: November 27, 2019 |
| DEPUTY CLERK/ESR: Sunny Trumbull | TIME: 12:16 – 12:52 p.m. |
| Boise, ID | 1:25 – 1:28 p.m. |

## UNITED STATES OF AMERICA vs. JORDAN MICHAEL DRAKE
### 1:19-mj-10616-CWD-1

Counsel for:   United States (AUSA): Kassandra McGrady
                Defendant: Nicole Owens, Federal Defender
                Probation: Lisa Melchert

Defendant sworn.

Defendant signed Waiver of a Preliminary Hearing.

The Court reviewed the prior proceedings in this matter.

Ms. McGrady presented proffer to the Court.

**Government's Exhibits**: 1A (Pretrial Services Report) and 1B (Supplemental Pretrial Services Report) offered, there being no objections, admitted.

Ms. Owens presented proffer to the Court.

Argument presented to the Court by each of counsel.

The Court ordered the defendant be released on the terms and conditions determined by Probation.

Recess: 12:52 p.m. – 1:25 p.m.

The defendant and each of counsel agreed to the conditions stated in the Order Setting Conditions of Release.