**JURY TRIAL** - Day 3

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO
JORDAN MICHAEL DRAKE

Judge: David C Nye
Case No: 1:19-cr-402-DCN
Date: April 7, 2021
Place: Boise, ID

Deputy Clerk: Patti Richmond
Reporter: Anne Bowline
Time:  8:30 – 10:05
            12:30 – 12:34

Counsel for Plaintiff:  Kassandra McGrady
Counsel for Defendant: Jeffrey Brownson

Outside the presence of the jury:
Jury Instruction Conference 8:30 am

(X) Jurors present in the courtroom 8:36 am
(X) Jury instructions read
(X) Governments closing argument 9:04 – 9:25 am
(X) Defendant's closing argument 9:47 – 9:59 am
(X) Law Clerk sworn as bailiff
(X) Jury retired to deliberate 10:05 am
(X) Jury returned to deliver their verdict 12:30 pm
(X) Defendant found guilty on both counts of the Indictment
(X) Jury thanked and excused 12:34 pm

**Sentencing set for July 27 at 4:00 pm**

Court ordered a presentence investigation report.
Original report to Counsel:  June 15, 2021
Notification of Objections:  June 29, 2021
Final Report Due:  July 13, 2021

Defendant remanded to the custody of the United States Marshals Service.

Government flash drive and Defendant's flash drive were placed in an envelope and placed in the vault in the Clerks Office.